UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

JONATHAN L. PILKINS,                )
                                    )
    *Plaintiff*,                      )
                                    )    No.: 2:14-cv-227-TWP-DHI
v.                                  )
                                    )
HAWKINS COUNTY JAIL, *et al.*,      )
                                    )
    *Defendants*.                     )
                                    )
                                    )

## MEMORANDUM and ORDER

This prisoner's *pro se* civil rights action under 42 U.S.C. § 1983 is before the Court upon the defendants' Motion to Dismiss for want of prosecution, based on the plaintiff's failure to provide the Court with his current address (Doc. 18). In their motion, the defendants argue that the plaintiff left the Hawkins County jail on October 13, 2014, and did not notify the Court. The affidavit of Donna Carter, an officer and one of the records custodians at the jail, supports that plaintiff left the jail on the date set forth in the motion (Doc. 18-1, Carter Aff. 1).

Indeed, the docket sheet reflects that correspondence sent to the plaintiff at the address he supplied in his complaint was returned to the Court more than ten days ago, with the face envelope marked, "Return to Sender, Not Deliverable as Addressed, Unable to Forward" (Doc. 20). As the defendants correctly point out, the Court ordered the

plaintiff to inform the Court of any address change within ten (10) days following such change (Doc. 6, Order of Aug. 11, 2014). Obviously, plaintiff failed to provide the Court with the required notice and, thereby failed to comply with the orders of this Court.

Accordingly, the defendants' Motion to Dismiss will be **GRANTED**, and this action will be **DISMISSED** for the plaintiff's failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

Finally, the plaintiff's Motion for Status (Doc. 17) is **GRANTED**. This order will supply the information the plaintiff sought concerning the status of this case.

**A SEPARATE JUDGMENT WILL ENTER.**

**ENTER:**

          s/ Thomas W. Phillips
          SENIOR UNITED STATES DISTRICT JUDGE