UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| JONATHAN L. PILKINS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | No.: 2:14-cv-227-TWP-DHI |
| v. | ) | |
| | ) | |
| HAWKINS COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT

In accordance with the accompanying memorandum and order, the defendants' motion to dismiss is **GRANTED** (Doc. 18), and this *pro se* prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED without prejudice** for want of prosecution and failure to comply with the orders of the court. Fed. R. Civ. P. 41(b). The Court **CERTIFIES** that any appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. Thus, should the plaintiff file a notice of appeal, he must also file an application to proceed without prepayment of the filing fee, a financial affidavit, and a certified copy of his six-month inmate trust account statement.

**ENTER:**

               s/ Thomas W. Phillips
               SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ *Debra L. Poplin*
CLERK OF COURT